UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

APRIL S. BARNES,

    Plaintiff,   Case No. 3:18-cv-01364-J-20JBT

v.

TRIDENT ASSET MANAGEMENT, LLC

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the parties' "Stipulation of Dismissal." (Doc. 12).

Accordingly, it is hereby **ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned case is **DISMISSED with prejudice**, with each party to bear their own attorneys' fees, costs and expenses; and

2. The Clerk is directed to **terminate all pending motions** and close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this _16_ day of October, 2019.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to:**
Sharina Talbot Romano, Esq.
John P. Gaset, Esq.
Robert E. Sickles, Esq.